UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
DARREN KAPLAN, SHIRLEY KAPLAN

          Plaintiff,

    -against-

CITIMORTGAGE, *et al.*,

          Defendants.
-----------------------------------------------------------------x

Case No. 2:20-cv-03981-MKB-AYS

## STIPULATION OF DISMISSAL (FRCP 41)

Plaintiffs Darren Kaplan and Shirley Kaplan and Defendants CitiMortgage, Inc., Cenlar FSB, and US Bank National Association as Trustee for CMALT REMIC Series 2006-A5 - REMIC Pass - Through Certificates Series 2006-A5, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The parties further stipulate that if the plaintiffs bring a new action by May 31, 2021, the date of the new complaint will relate back to the date of filing of the original complaint in this action (*e.g.*, any claims not time-barred by the original complaint here would not be barred if a new complaint is filed before May 31, 2021).

**WALLSHEIN LEGAL PLLC**

*/s/ Charles Wallshein*
Charles Wallshein

35 Pinelawn Road, Suite 106E
Melville, NY 11747
Tel: 631-824-6555
cwallshein@wallsheinlegal.com

*Attorneys for Plaintiffs Darren and Shirley Kaplan*

**AKERMAN LLP**

*S. Sherry Xia*
S. Sherry Xia
Jordan M. Smith
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel: 212-880-3800
sherry.xia@akerman.com
jordan.smith@akerman.com

*Attorneys for Defendant CitiMortgage, Inc.*

**DAVID A. GALLO & ASSOCIATES LLP**

/S/ Robert Link
Robert Link

47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
Tel: 516-583-5330
blink@msgrb.com

*Attorneys for Defendants Cenlar FSB and US Bank National Association as Trustee for CMALT REMIC Series 2006-A5 - REMIC Pass - Through Certificates Series 2006-A5*

**SO ORDERED**

_____

**United States District Judge**